UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARRYL SMITH ) CASE # 18 CV-00163
   PLAINTIFF )
V. ) U.S. JUDGE: GWIN
CLIFFORD PINKNEY ET.AL, ) U.S. MAGISTRATE: RUIZ
   DEFENDANT )
) OBJECTION TO COURT PERMITTING
) DENIAL OF SERVING MOTIONS TO
) PLAINTIFF — AND —
) OBJECTION TO PREVENTING PLAINTIFF
) RESPONDING TO DEFENSE FILINGS; —
) MOTION TO STRIKE DEFENSE MOTIONS

RECEIVED AUG 08 2018 Clerk of Court U.S. District Court, ND-OH

FILED AUG 08 2018 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

   PLAINTIFF DARRYL SMITH (IN PROPRIA PERSONA;) IS AN INDIGENT PRE TRIAL DETAINEE WITHOUT COUNSEL held IN THE CUYAHOGA COUNTY JAIL BY DEFENDANTS. THE RECORD OF THIS CASE AND EVIDENCE AND PHOTOS OF INJURIES SHOWS IRREFUTABLY THAT DEFENDANTS SEVERELY FELONIOUSLY BEAT AND ASSAULTED SMITH REPEATEDLY IN/DURING AUGUST 2017 AND THEY OPENLY ADMIT OCCURED AND DO NOT DENY DOING SO.

   FROM DAY ONE OF THIS CASE DEFENSE COUNSEL HAS BEEN PERMITTED BY THIS COURT TO OPENLY FREELY FILE MOTIONS AND PLEADINGS EX PARTE AND NEVER SERVE THE PLAINTIFF ANY COPY AS REQUIRED BY LAWS AND RULES OF COURTS. PLAINTIFF HAS REPEATEDLY FILED NUMEROUS OBJECTIONS, NOTICES, AND MOTIONS TO STRIKE THAT ARE ALWAYS IGNORED. THE RECORD SHOWS THAT THE ASSIGNED U.S. JUDGE RUBBERSTAMP GRANTS ALL DEFENSE FILINGS UNOPPOSED AND DOES NOT PERMIT SMITH TO RESPOND OR OPPOSE ANYTHING NOR IS SMITH EVER ALLOWED TO SEE ANY SUCH FILINGS.

   SMITH ONLY AND USUALLY LEARNS OF SUCH DEFENSE COUNSEL

filings/ex parte defense motions when this court sends constant adverse rulings that always rule for defense counsel which are also intentionally delayed and with held from Smith for weeks as a tactic to prevent his contesting.

Plaintiff has repeatedly notified this court (and defense counsel) of non service of pleadings and failure to serve to him copies of motions by defense. Repeated motions to strike have been filed (which this court has intentionally ignored it appears). There are no reciepts or record by the jail mail room of anything being delivered to Smith. (Note: Defendants maintain jail records and reciepts detainees sign for recieving any/all types of legal mail from all courts, attorneys and prosecutors. No such records exist showing such defense motions et.al. were ever delivered to Smith, as shown for all other jail inmates.) Defendants and defense counsel have always had total unbridled control over all of Smith's incoming mail and with holding and denial censorship of such.

During a May 11, 2018 case management conference (C.M.C), Smith told this court's U.S. Judge (by phone conference) that the defense counsel was intentionally filing UNLAWFUL EX PARTE motions and pleadings without servicing copies to plaintiff. This court outrageously and unbelievably approved this ongoing EX PARTE CENSORSHIP stating "thats too bad - thats up to the sheriff and jail officials discretions, I won't do anything about that"

Under these approved highly illegal conditions plaintiff Smith's rights to LITIGATE, be heard, and "FAIR" true access to courts is near totally silenced and cut off. This is totally illegal and prohibited by the First Amendment U.S. Constitution, controlling U.S. Supreme Court case laws current and dating back over 60 years since. Smith will not LAY DOWN silently allowing his valid case to be silenced

- 2 -

ACCORDINGLY FOR PURPOSES OF LIKELY FORTHCOMING APPEALS TO THE U.S. SIXTH CIRCUIT APPELLATE COURT TO INTERVENE TO STOP THIS PRACTICE, PLAINTIFF SUBMITS THE FOLLOWING OBJECTIONS OF AS FOLLOWS;-

1) OBJECTION;- TO DEFENSE COUNSEL'S DOZENS OF MOTIONS AND PLEADINGS FILED IN THIS CASE SINCE MARCH 2018 WITHOUT SERVING COPIES TO PLAINTIFF TO RESPOND AND CONTEST.

2) OBJECTION;- TO THIS COURT PERMITING, ALLOWING, APPROVING THE DEFENSE TO NOT PROVIDE NOR SERVE COPIES OF MOTIONS AND PLEADINGS TO THE PLAINTIFF (ONGOING SINCE MARCH 2018

3) OBJECTION;- TO THE COURT ISSUING BIASED EX PARTE ONE SIDED RULINGS ON DEFENSE COUNSEL'S AFORESAID EX PARTE FILINGS WITHOUT AFFORDING PLAINTIFF ANY OPPORTUNITY TO RESPOND OR CONTEST

4) OBJECTION;- TO THE COURT ALLOWING AND APPROVING DEFENDANTS COUNTY JAIL EMPLOYEES TO DENY, DELAY, CENSOR, AND WITH HOLD LEGAL MAIL TO PLAINTIFF THROUGHOUT THIS CASE (INCLUDING COURT RULINGS NEVER SEEN)

5) OBJECTION;- TO THIS COURT INTENTIONAL IGNORING, NOT ADDRESSING ANY OF PLAINTIFF'S MOTIONS AND PLEADINGS NOR HIS MOTIONS TO STRIKE AND FAILURE TO MAKE SERVICE BY DEFENSE COUNSEL.

6) OBJECTION;- TO THIS COURT DENYING ALL DISCOVERY TO PLAINTIFF AND IGNORING HIS VALID PLEADINGS

7) OBJECTION;- TO THE INTENTIONAL ACTS AND BIASED PRACTICES OF THIS COURT TO SILENCE SMITH'S VALID CASE AND CLAIMS AND RIGHTS TO BE HEARD AND ACCESS TO COURTS RIGHTS (INCLUDING DURING C.M.C. CONFERENCE).

LAST, PLAINTIFF MOVES TO STRIKE **ALL** OF DEFENSE COUNSELS MOTIONS (FILED SINCE MARCH 2018) FOR FAILURE TO SERVE PLAINTIFF. THIS HAS BEEN REPEATEDLY FILED AND IGNORED.

SUBMITTED BY;
s/ Darryl Smith
DARRYL SMITH
AUGUST 3, 2018

SERVICE

A COPY OF THIS MOTION WAS FORWARDED TO BRIAN GUTKOSKI; ASST TO THE CUYAHOGA COUNTY PROSECUTOR

-3-