UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| DARRYL SMITH, | : | CASE NO. 1:18-cv-00163 |
| Plaintiff, | : | ORDER |
| v. | : | |
| CLIFFORD PINKNEY, et al., | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Darryl Smith seeks leave to file a 42 U.S.C. § 1983 action against prison officials at Mansfield Correctional Institution.[1]

In October 2018, this Court entered a permanent injunction imposing filing restrictions on Plaintiff Smith.[2] The Court found that Plaintiff Smith had "a clear pattern of Smith bringing frivolous suits against government officials, including agency officials, prison personnel, and law enforcement, when he is incarcerated."[3]

The permanent injunction requires Plaintiff Smith to serve his request for leave to file on "any defendant or party that would be adversely affected by the proposed action."[4] The injunction states that these defendants or parties "will have an opportunity to respond before this Court determines whether to grant leave."[5]

The Court **ORDERS** Plaintiff Smith to serve his request for leave to file on Mansfield Correctional Institution and proposed Defendants McConahay, Kennard, and Booth.

---

[1] Doc. 122.
[2] Doc. 100 at 7.
[3] *Id.* at 6.
[4] *Id.* at 8.
[5] *Id.*

Case No.
GWIN, J.

The proposed Defendants will have 28 days to file any objection to Plaintiff Smith's request for leave to file a complaint.

IT IS SO ORDERED.

Dated: May 12, 2022        *s/    James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE